# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Central Specialties, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Mountrail County, North Dakota, | ) | Case No. 1:21-cv-050 |
| | ) | |
| Defendant. | ) | |

On April 26, 2021, the parties filed a stipulation in which they agreed to a continuance of the scheduling conference set for April 28, 2021. The court **ADOPTS** the parties' stipulation (Doc. No. 21). The scheduling conference set for April 28, 2021, shall be rescheduled for June 2, 2021, at 9:30 AM by telephone. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Counsel shall submit a proposed joint scheduling/discovery plan no later than two days prior to the conference to ndd_J-Hochhalter@ndd.uscourt.gov. The deadlines in the scheduling/discovery plan shall be mutually agreeable, with a view to achieving resolution of the case with a minimum of expense and delay. At the Rule 16(b) conference, the court will review the plan with counsel. The date for the dispositive motion deadline shall not be later than June 3, 2022, unless good cause is shown at the scheduling conference for a later date. Counsel are informed that the dispositive motion deadline is used in assigning the trial date, and the court must allow adequate time for briefing and ruling prior to the final pretrial conference and trial dates.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2021.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court